**Opinion issued September 26, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00608-CV

—————————————

## IN RE JUSTIN CARL PFEIFFER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Justin Carl Pfeiffer filed a petition for writ of mandamus requesting we order the trial court to (1) vacate its July 10, 2023 order denying Relator's Third Motion to Compel Responses to Relator's First Set of Discovery Requests and its July 31, 2023 order denying Relator's Limited Reconsideration of the July 10, 2023 order; (2) overrule the objections of Real Parties in Interest David H. Berg and David H. Berg & Associates PC, doing business as Berg & Androphy, and order them to provide "unqualified and sufficient responses" to certain enumerated requests; and

(3) allow Relator to conduct "reasonable additional follow-up discovery upon Real Parties in Interest's production of ordered discovery."[1]

We deny the petition. TEX. R. APP. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *Justin Carl Pfeiffer v. David H. Berg and David H. Berg & Associates PC, doing business as Berg & Androphy*, Cause No. 2022-60439, pending in the 269th District Court of Harris County, Texas, the Honorable Cory Sepolio presiding.